UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 MAY 25 PM 12: 25
CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     CIVIL ACTION NO. 8:01-CV-59-T-27MAP

LESLIE D. BREWER,

    Defendant.
_____/

## JUDGMENT

This matter is before the Court upon plaintiff's motion for a default judgment pursuant to Fed. R. Civ. P. 55, and it appearing to the Court that the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that plaintiff's claim against defendant is for a sum certain,

WHEREFORE, judgment is hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, Leslie D. Brewer, in the following amounts:

1. The principal sum of $11,000.00

2. Interest from the date of judgment on the amounts set forth in paragraph 1 above at the legal rate of __3.76__ % until paid in full; and

3. For such other costs of litigation otherwise allowed by law.

Dated at Tampa, Florida, this 25th day of May, 2001.

              SHERYL L. LOESCH
              Clerk of Court

    By: _____
              Deputy Clerk

Copies to: USA - Tampa (1 certified copy)